

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00017-CR
No. 02-19-00018-CR
No. 02-19-00019-CR

_____

CHRISTOPHER LAVELL MCFADDEN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 367th District Court
Denton County, Texas
Trial Court Nos. F16-2699-367, F16-2700-367, F16-2701-367

---

Before Gabriel, Kerr, and Pittman, JJ.
Memorandum Opinion by Justice Gabriel

## MEMORANDUM OPINION

Appellant Christopher Lavell McFadden attempts to appeal from the trial court's order denying his motion to stay and to compel production arising from McFadden's postconviction writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07. We notified McFadden of our concern that we lack jurisdiction to review the trial court's order because it pertains to his postconviction writ. *See* Tex. R. App. P. 44.3; *Bd. of Pardons & Paroles ex rel. Keene v. Ct. of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (per curiam) (orig. proceeding). McFadden responded but did not raise any jurisdictional authority to continue this appeal. We do not have jurisdiction over McFadden's attempted appeal, and we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel
Lee Gabriel
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 14, 2019